**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiff, RICARDO FORTENBERRY

**GREGORY M. FOX, SBN 70876**
**JOANNE TRAN, SBN 294402**
**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Email: gfox@bfesf.com

Attorney for Defendants, CITY OF SAN LEANDRO, et al.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO FORTENBERRY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>Defendants. | CASE NO.: 4:19-cv-08374-JST<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims and causes of action in this matter be dismissed with prejudice, with Plaintiffs and Defendants each bearing their own attorney's fees and costs.

Dated:  September 15, 2021          **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
James Cook
Attorney for Plaintiff

Dated:  September 15, 2021          **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

/s/*Gregory M. Fox*
Gregory M. Fox
Attorney for Defendants

## ATTORNEY ATTESTATION

I, James Cook, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: September 15, 2021          **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs

## [Proposed] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that all claims and causes of action are DISMISSED WITH PREJUDICE, with Plaintiff and Defendants each bearing their own attorney's fees and costs.

Dated: September 21, 2021

Hon. Jon S. Tigar
United States District Judge